# Exhibit C

51

IN THE EEO COMPLAINT OF CAULTON ALLEN
NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

CASE NUMBER 2023-23MD

AFFIDAVIT OF HUMAN RESOURCES OFFICIAL
CHRISTOPHER FERREE

I, CHRISTOPHER FERREE, hereby make my statement in connection with the investigation regarding the complaint of discrimination filed against the National Archives and Records Administration (NARA) by Caulton Allen (Complainant). As per the Notice of Acceptance dated July 21, 2023, NARA accepted the following issues for investigation:

**Whether Complainant, an applicant for employment with the National Archives and Records Administration, located in College Park, Maryland, was subjected to discrimination on the basis of disability, (Schedule A) and reprisal (prior EEO activity) in violation of Title VII and the Rehabilitation Act when on or about March 6, 2023, he learned that the Agency impeded his ability to compete and be selected for the following:**

- **An Equal Employment Opportunity Specialist (EEOS) position advertised in January 2020.**
- **An EEOS position readvertised as an EEOS (GS-9) position that he previously applied for in October 2019.**
- **An EEOS position readvertised as an EEOS (GS-11) position that he previously applied for in October 2019.**
- **An Equal Employment Opportunity Manager (EEOM) GS-13 position readvertised as an EEOM (GS-14) position.**

**I HAVE BEEN ADVISED OF THE FOLLOWING:**

I have an obligation to cooperate fully with the investigator, who has been assigned to conduct a thorough and impartial investigation of this complaint of discrimination.

My statement is made under oath (or affirmation), without a pledge of confidentiality, in accordance with the rules, regulations, policies, and procedures of the Equal Employment Opportunity Commission and that National Archives and Records Administration. I further understand that my statement will become a part of the official record in this case, and may be reviewed by the Agency, the Management Officials charged, and their representatives, and any person necessary to the adjudication of this claim.

52

CF

I have the right to be represented by the person of my choice during the presentation and/or preparation of my statement (so long as my choice does not result in a conflict of interest). I have the right to review my statement prior to signing it and I may make corrections if it is incomplete or inaccurate. I have a right to receive a copy of the signed statement.

Q.      Please state your name for the record. **Christopher Ferree.**

Q.      What were your position title, series, and grade when the incidents of this complaint occurred (October 2019 – January 2020, and March 6, 2023), and currently. **Supervisory Human Resources Specialist, Bureau of the Fiscal Service, Department of Treasury, GS-201-13.**

Q.      How long have you held your current position and the positions identified above? **12 years.**

Q.      What were the names of the agency for which you worked for, the organizational unit to which you were assigned and the address of your duty station? **I have worked for the Department of Treasury, Parkersburg, WV. since 1997.**

Q.      Who were your immediate and second level supervisors during the relevant time frames and currently. **First line, Aury Sands, Branch Manager; second line, Gerrod Negley, Division Director.**

Q.      Please provide a brief history of your employment at NARA. See my responses above. We act as NARA's Human Resources staff. **We contract our services to NARA.**

Q       For the record, do you have a disability? (you may decline to answer this question) – **Decline.**

Q       For the record, have you engaged in prior EEO activity? If yes, in what capacity? **Yes, as a responding official.**

Q.      Did you know the Complainant? If so, please describe the nature and duration of your relationship. **No, I do not know the Complainant.**

Q       Were you aware of Complainant's disability status (Schedule A)? If yes, when and how were you made aware of his disability status)? **Yes, I am aware of it based off of his previous EEO complaint from October 2022.**

CF

53

Q    Were you aware of Complainant's prior EEO activity? If yes, when and how were you made aware of his prior EEO activity, and what was your role in his prior EEO activity, if any? **Yes. He filed an EEO complaint in October 2020, and again in October 2022.**

**Accepted Claim 1:  On or about March 6, 2023, he learned that** **The Agency impeded his ability to compete and be selected for the** **following:**

- **An Equal Employment Opportunity Specialist (EEOS) position advertised in January 2020.**

   **Note: In his Affidavit, Complainant identifies the position at issue for Claim No. 1 as follows: A readvertised GS-9 EEOS position that replaced the GS-9 EEOS position originally advertised under vacancy no. 20-NARA-13, that was cancelled without a selection.**

Q.    Describe your role, if any, in the qualifying process and/or in the selection process for the readvertised GS-9 EEOS position that replaced the GS-9 EEOS position originally advertised under vacancy number 20 NARA 13.  **Our office determines who is and who is not qualified for, and eligible for, the position and issue the certs based on the Agency's merit promotion plan. NARA management interviews the candidates and makes the selections, and we process the selection.**

Q.    Did Complainant apply for EEOS position advertised under vacancy announcement 20 NARA 13? **Yes.**

Q.    Was the EEOS position advertised under 20 NARA 13 a GS-09? **Yes.**

Q.    Was the Complainant eligible for the EEOS GS-09 position advertised under vacancy announcement no. 20 NARA 13? **Yes. He was eligible in the best qualified category. He was on the non-competitive cert for this position.**

Q.     Was Complainant interviewed for the GS-09 position advertised under vacancy announcement no. 20 NARA 13? **I do not know.**

Q.     Was a selection made for 20 NARA 13? **NARA  made a selection, but the selectee declined, and no alternate selectee was chosen. 20 NARA 13 was closed out. I do not know why an alternate was not chosen.**

Q.    When was 20 NARA 13 closed out? **On November 27, 2019. It is always management's decision to close out. When NARA management wants to fill a vacancy, they send us a recruitment request telling us they have a vacancy they want us to fill.**

CF

54

Q.    After 20 NARA 13 closed out, was another GS-09 EEOS position advertised again in late 2019, or in the first quarter of 2020? **Our records do not reflect another GS-09 EEOS position advertised in that time frame.**

Q.    After 20 NARA 13 closed out, were any GS-11 EEOS positions advertised in late 2019, or in the first quarter of 2020? **Yes. 20 NARA 51, a GS-11 EEOS position, opened on January 22, 2020, and closed on January 30, 2020.**

Q.    Did Complainant apply for the position advertised under vacancy announcement 20 NARA 51? **No.**

Q.    Was Complainant considered for the GS-11 EEOS position advertised under vacancy announcement 20 NARA 51 based on his having previously applied for, and deemed qualified/eligible for, the EEOS position advertised under 20 NARA 13? If not, why not? **If Complainant did not apply for the position advertised under 20 NARA 51, he would not have been considered for it because we treat each announcement separately, so if someone wants to be considered for a particular position, he or she must submit an application for that particular position. Complainant did not submit an application for 20 NARA 51, so he was not considered for it.**

Q.    Were any other GS-11 EEOS positions advertised in the late 2019/2020 time frame? **Yes. 20 NARA 143, GS-11, which opened on February 28, 2020, and closed on March 9, 2020.**

Q.    Did Complainant apply for the GS-11 EEOS position advertised under 20 NARA 143? **No.**

Q.    Was Complainant considered for the GS-11 EEOS position advertised under vacancy announcement 20 NARA 143 based on his having previously applied for, and deemed qualified/eligible for, the EEOS position advertised under 20 NARA 13? If not, why not? **No, for the same reasons stated above in my response to this question in relation to 20 NARA 51, since he did not submit an application for the position advertised under 20 NARA 143, he was not considered for it.**

Q.    Were any GS-12 EEOS positions advertised in the late 2019/2020 time frame? **Yes. 20 NARA 144, GS-12, EEOS, opened on 02/28/2020 and closed on 3/16/2020.**

Q.    Did Complainant apply for the GS-11 EEOS position advertised under 20 NARA 143? **No.**

CF

55

Q.  Was Complainant considered for the GS-12 EEOS position advertised under vacancy announcement 20 NARA 144 based on his having previously applied for, and deemed qualified/eligible for, the EEOS position advertised under 20 NARA 13?  If not, why not? **No, for the same reasons stated above in my response to this question in relation to 20 NARA 51, since he did not submit an application for the position advertised under 20 NARA 144, he was not considered for it.**

Q.  Describe your role in the decision to readvertise the GS-9 EEOS position that replaced the GS-9 EEOS position originally advertised under vacancy number 20 NARA 13, who made the decision to readvertise this position, the reason for the decision to readvertise this position, and if the position was readvertised at a different grade, please state the reason for that decision. **There were no GS-09 EEOS positions advertised after 20 NARA 13 was closed. 20 NARA 51, which is the position I believe Complainant is referring to, was posted at a GS 11. It was a new posting, not a "readvertisement." Shortly after opening 20 NARA 51, we opened 20 NARA 143 and 20 NARA 144.**

Q.  Was a selection made for 20 NARA 51?  **Yes. Tyrone Gaines was the selectee.**

Q.  Did the Selectee for 20 NARA 51 have a disability and/or was the Selectee a veteran or disabled veteran? **Yes. Our records show that based on his veteran's preference, the selectee has a disability and would be eligible for Schedule A, but he was not necessarily hired under Schedule A authority.**

Q.  Did the Selectee for 20 NARA 51 engage in any prior EEO activity? **I have no knowledge of whether the selectee engaged in any prior EEO activity.**

Q.  Was a selection made for 20 NARA 143? **Yes. The selectee was Shawn Walker.**

Q.  Did the Selectee for 20 NARA143 have a disability and/or was the Selectee a veteran or disabled veteran? **I do not believe this selectee has a disability or claimed Schedule A hiring authority.**

Q.  Was a selection made for 20 NARA 144? **A selection was made but the selectee declined.**

CF

56

Q. Please explain the qualifying process used for the readvertised GS-9 position that replaced the GS-9 EEOS position originally advertised under vacancy number 20 NARA 13. **I believe 20 NARA 51 is the position he is referring to. Qualifications are determined in the definition of specialized experienced as defined in the job announcement. We compare applicants resumes to that definition to determine who qualified and make the referral based on the Merit Promotion Plan of the Agency. For these types of announcements, usually up to 10 candidates are sent to the Agency for further consideration, but we also have a non-competitive cert so if applicants are eligible and if they are qualified, then they are sent over on that cert and there is no limit on the number of applicants who may be sent over on the non-competitive cert, which can include Schedule A, veteran's authority, people who already held that grade. If they are qualified, they are referred. People on the non-competitive cert do not have to go through a rating.**

Q. Complainant alleges the Agency blocked his ability to compete for a readvertised GS-9 EEOS position that replaced the GS-9 EEOS position originally advertised under vacancy number 20 NARA 13 that was cancelled without a selection.

   **(a)** Did you receive the email Complainant alleges he sent to NARA officials on or about February 12, 2020, asking if he had been considered for this position under Schedule A? I d**o not see those emails. I did not receive any emails directly from him and I am not aware of any emails from him inquiring about Schedule A.**

Q. Complainant alleges the Agency blocked his ability to compete for a readvertised GS-9 EEOS position that replaced the GS-9 EEOS position originally advertised under vacancy number 20 NARA 13 that was cancelled without a selection. Complainant alleges that based on his qualifications and eligibility, he was eligible to be interviewed/considered for appointment on authority under Schedule A or as a 30% disabled veteran.

   **(a)** What is your response to Complainant's allegation that he was eligible to be interviewed/considered for appointment to the readvertised GS-09 position originally advertised under Schedule A or as a 30% disabled veteran? **He may have been qualified for 20 NARA 51, 20 NARA 143, and/or 20 NARA 144, but he did not apply for these positions, so he could not be considered for them.**

CF

57

Q.  Complainant alleges that because of his qualifications and eligibility to compete automatically based on his disabled statis under Schedule A and as a 30% disabled veteran, he should have been automatically listed on the certificate of eligibility for the readvertised GS-9 EEOS position that replaced the GS-9 EEOS position originally advertised under vacancy number 20 NARA 13.  What is your response to Complainant's allegation herein?  **You must apply for the position to be on the cert, and if he had applied for the position(s) (20 NARA 51, 20 NARA 143, 20 NARA 144), he would have been placed on the cert as long as he was found qualified and submitted the required documentation. No applicant for one position is "automatically" transferred to the cert for another position. An applicant must apply to each announcement separately; each announcement is treated separately. Our system does not have the capability to track applicants from one position and automatically move them to be considered for other positions nor is there a legal avenue for this to even occur. Each applicant must apply to each new announcement in order to be considered for the position. This ensures that all applicants are treated equally and fairly.**

Q.  How many applicants for the readvertised GS-9 EEOS position that replaced the GS-9 EEOS position originally advertised under vacancy number 20 NARA 13 made the cert list?  **20 NARA 51 had 58 applicants, 2 certs were issued, one cert had 5 names and the other cert had 6 names.  20 NARA 143, there were 32 applicants, 2 certs were issued, one had 3 names and the other had 5 names.**

Q.  Complainant contends the Agency impeded his ability to compete for the EEOS position readvertised . What is your response to this allegation?  **I disagree. His biggest impediment was that he did not apply for the positions (20 NARA 51, 20 NARA 143, 20 NARA 144).**

Q.  In summary, do you believe that because of his disability Complainant was discriminated against when he was not able to compete for/not selected for the EEOS position.  **No, he did not apply for the positions (20 NARA 51, 20 NARA 143, 20 NARA 144).**

Q.  In summary, do you believe that because of his prior EEO activity Complainant was retaliated against when he was not able to compete for/not selected for the EEOS position?  **No, he did not apply for the positions (20 NARA 51, 20 NARA 143, 20 NARA 144).**

**Accepted Claim 2:  On or about March 6, 2023, he learned that the Agency impeded his ability to compete and be selected for the following:**

- **An EEOS position readvertised as an EEOS (GS-9) position that he previously applied for in October 2019.**

**CF**

58

**Note: In his Affidavit, Complainant identifies the position at issue for Claim No. 2 as follows: A readvertised GS-11 EEOS position that replaced the GS-11 EEOS position originally advertised under vacancy no. 20-NARA-29, that was cancelled without a selection.**

Q.     Describe your role, if any, in the qualifying process and/or in the selection process for a GS-11 EEOS position that replaced the GS-11 EEOS position originally advertised under vacancy number 20 NARA 29. **See my response to this question under Accepted Claim No. 1.**

Q.     Did Complainant apply for EEOS position advertised under vacancy announcement 20 NARA 29? **Yes. 20 NARA 29 opened on November 4, 2019, and closed on November 12, 2019. He applied and he was on the non-competitive cert. There were 7 candidates on the non-competitive cert and 6 candidates on the competitive cert. Our records show that no selection was made for 20 NARA 29. I do not know if any of the candidates were interviewed or why no selection was made. Erica Pearson at NARA was the hiring official.**

Q.      Other than the three GS-11 positions you identified under Accepted Claim No. 1, were any other EEOS positions advertised after 20 NARA 29 was closed?  **No, the only other EEO position advertised in 2020 was an EEO Manager position, I believe grade level 14. I refer to my responses to the questions under the previous claim regarding 20 NARA 51, 20 NARA 143, and 20 NARA 144, regarding the qualification, eligibility, selection, for these positions, and Complainant's allegations that the Agency impeded his ability to compete for or be selected for these positions. As stated previously, the Complainant did not apply for these positions and there is no automatic consideration, each vacancy announcement is separate and requires an application specific to that position to be submitted in order to be considered.**

**Accepted Claim 3:  On or about March 6, 2023, he learned that The Agency impeded his ability to compete and be selected for the following:**

• **An EEOS position readvertised as an EEOS (GS-11) position that he previously applied for in October 2019.**

**Note: In his Affidavit, Complainant identifies the position at issue for Claim No. 3 as follows: A GS-13 EEOS position (announcement unknown) that was advertised in January 2020.**

CF

59

Q.    Was a GS-13 EEOS position advertised in January 2020? If yes, please provide the vacancy announcement number for this position. I do not see in our records a EEOS position advertised at the GS-13 level 20 NARA 51 was posted at the GS-11 but it had promotion potential to GS-13. 20 NARA 51 fits the time frame and had promotion potential to GS-13, so that is probably the vacancy announcement Complainant is talking about.  I reiterate my responses to the questions **under the previous claims (Accepted Claim Nos. 1 & 2) regarding 20 NARA 51, 20 NARA 143, and 20 NARA 144, regarding the qualification, eligibility, selection, for these positions, and Complainant's allegations that the Agency impeded his ability to compete for or be selected for these positions. As stated previously, the Complainant did not apply for these positions and there is no automatic consideration, each vacancy announcement is separate and requires an application specific to that position to be submitted in order to be considered.  I do not believe Complainant was discriminated against based on his disability or his prior EEO activity; he was not considered because he did not apply for the positions.**

**Accepted Claim 4:  On or about March 6, 2023, he learned that The Agency impeded his ability to compete and be selected for the following:**

- **An Equal Employment Opportunity Manager (EEOM) GS-13 position readvertised as an EEOM (GS-14) position.**

  **Note: In his Affidavit, Complainant identifies the position at issue for Claim No. 4 as follows: A readvertised GS-14 EEOM position that was originally readvertised as a GS-13 EEOM position under vacancy no. 20-NARA-176, that was cancelled without a selection.**

Q.    Did Complainant apply for the GS-13 EEOM position under vacancy number 20-NARA-176?  **20 NARA 176 was a Grade 13, with promotion potential to GS-14. Complainant did not apply for this position. It was an EEO Manager position.**

Q.    How many people applied for the EEOM position advertised under 20 NARA 176? There were **29 applicants, and 2 certs. One cert had one person and the competitive cert, had 4 people. No selection was made and I am not sure if there were interviews.  The person on the non-competitive cert was Schedule A  eligible.**

Q.    Was a GS-14 EEOM position advertised after  no selection was made for 20 NARA 176? **Yes, 20 NARA 333. GS-14 was posted.**

**CF**

Q.   Did Complainant apply for the GS-14 EEOM position advertised under 20 NARA 333? **No.**

Q.   How many applicants were there for 20 NARA 333, and how many of these applicants made the cert? There were 43 applicants. The job could be filled at either the GS-13 or GS-14 grade, so there were 4 certs issued. **One non-competitive cert had  4 people and the competitive cert had 10 people. For the GS-13 cert, the non-competitive cert had 3 people The competitive cert has 10 people,  but some might be same names. The non-competitive has people who are Schedule A or disabled (all 4 on the 14 and all 3 under 13),  and on the competitive GS-14 cert there are 4 people who are Schedule A or disabled, and on the grade 13 cert, 5 people who are Schedule A or disabled. A selection was made and the selectee (Dawn Evans) was Schedule A, disability.**

Q.   Complainant contends the Agency impeded his ability to compete for the EEOM position readvertised . What is your response to this allegation?  **I disagree. His biggest impediment was that he did not apply for the position.  See my testimony for Accepted Claim Nos. 1 & 2 regarding the requirement to apply for positions and that there is no "automatic" consideration or consideration otherwise absent an application being submitted for a particular position.**

Q.   In summary, do you believe that because of his disability Complainant was discriminated against when he was not able to compete for/not selected for the EEOM position.  **No, he did not apply for the position.  See my testimony for Accepted Claim Nos. 1 & 2 regarding the requirement to apply for positions and that there is no "automatic" consideration or consideration otherwise absent an application being submitted for a particular position.**

Q.   In summary, do you believe that because of his prior EEO activity Complainant was retaliated against when he was not able to compete for/not selected for the EEOM position? **No, he did not apply for the position.  See my testimony for Accepted Claim Nos. 1 & 2 regarding the requirement to apply for positions and that there is no "automatic" consideration or consideration otherwise absent an application being submitted for a particular position.**

Q.   Is there anything else you wish to add to your testimony related to the claims in this case? If yes, please explain. **No.**

CF

61

**OATH**

I, CHRISTOPHER FERREE have read the above statement/affidavit and being duly informed and understanding the penalties of perjury; duly swear under oath that the statements made in this Affidavit are true and correct, and complete, to the best of my knowledge.

Christopher P. Ferree  Digitally signed by Christopher P. Ferree
Date: 2024.01.12 09:16:30 -05'00'

SIGN:

CHRISTIOPHER FERREE, Affiant

DATE

SIGN:

CORINNE G. ROSEN, Investigator   DATE

62