# Exhibit D

63

# Applicant Notification

| | |
|---|---|
| To: | caulton.allen@comcast.net |
| From: | usastaffingoffice@opm.gov (on behalf of Melissa Canavan) |
| Sent: | 11/12/2019 16:23 EST |
| Subject: | Notice of Results and Referral for EQUAL EMPLOYMENT SPECIALIST, 20-NARA-13 |

Dear Caulton Allen,

Eligible for the following position or positions:
- GS-0260-9; We reviewed your application and found you eligible for this series/grade combination.

The following is your referral status for the position or positions to which you applied:
- You have been referred to the hiring manager for position GS-0260-9 in College Park, Maryland

64

000252

9/22/2020 8:31 EDT

# Applicant Notification

| | |
|---|---|
| To: | caulton.allen@comcast.net |
| From: | usastaffingoffice@opm.gov (on behalf of Melissa Canavan) |
| Sent: | 1/6/2020 11:08 EST |
| Subject: | Notice of Results and Referral for EQUAL EMPLOYMENT SPECIALIST, 20-NARA-29 |

Dear Caulton Allen,

Eligible for the following position or positions:
- GS-0260-11; We reviewed your application and found you eligible for this series/grade combination.

The following is your referral status for the position or positions to which you applied:
- You have been referred to the hiring manager for position GS-0260-11 in College Park, Maryland

65

000253

Page 1 of 1

9/22/2020 8:43 EDT