# Exhibit E

66

**Documents**

* Required

Below are the supporting documents submitted with your online application. *(Please note that any documents submitted via an alternate application process are not included in this list)*

| Type | Name | Status | Date Submitted |
|------|------|--------|----------------|
| Cover Letter | | | Not Submitted |
| DD-214/ Statement of Service | DD214 | Processed | 10/28/2019 11:18:39 PM |
| Other (1) | Veterans Preference Letter | Processed | 10/28/2019 11:18:39 PM |
| Other (2) | Schedule A Letter | Processed | 10/28/2019 11:18:39 PM |
| Resume | CAllen Resume | Processed | 10/28/2019 11:18:39 PM |
| SF-15 | SF15 20NARA13 | Processed | 10/28/2019 11:18:39 PM |
| SF-50/ Notification of Personnel Action | SF-50 | Processed | 10/28/2019 11:18:39 PM |
| Transcript | | | Not Submitted |
| Performance Appraisal | Performance Appraisal II | Processed | 10/28/2019 11:18:39 PM |

67

000225

**Documents**

* Required

Below are the supporting documents submitted with your online application. *(Please note that any documents submitted via an alternate application process are not included in this list)*

| Type | Name | Status | Date Submitted |
|---|---|---|---|
| Cover Letter | | | Not Submitted |
| DD-214/ Statement of Service | DD214 | Processed | 11/12/2019 1:11:27 PM |
| Other (1) | Schedule A Letter | Processed | 11/12/2019 1:11:27 PM |
| Other (2) | Veterans Preference Letter | Processed | 11/12/2019 1:11:27 PM |
| Resume | CA Resume | Processed | 11/12/2019 1:11:27 PM |
| SF-15 | | | Not Submitted |
| SF-50/ Notification of Personnel Action | SF-50 | Processed | 11/12/2019 1:11:27 PM |
| Transcript | | | Not Submitted |
| Performance Appraisal | Performance Appraisal II | Processed | 11/12/2019 1:11:27 PM |

68

000242