# Exhibit F

69

# Certificate of Eligibles

EQUAL EMPLOYMENT SPECIALIST

GS-0260-9

20-NARA-13

## Criteria

| | |
|---|---|
| Location | College Park, MD |
| Pay Plan | GS |
| Series | 0260 |
| Grade | 9 |
| Specialties | N/A |

## Certificate Details

| | |
|---|---|
| Certificate Number | 20191112-CBOW-003 |
| Certificate Type | Ranking List |
| Issued Date | 11/12/2019 |
| Issued By | Melissa Canavan |
| Priority Order | None |
| Rank By | Rating (exclude Veteran Points) |
| Refer Method | All |

## Applicant List

| Agency Action | Applicant Name / Applicant Email | Vet Pref | Final Rating | Category Rating | Eligible Series / Eligibility Labels |
|---|---|---|---|---|---|
| | Acevedo-Nazario, Keishla<br>keishla.acevedo@gmail.com | NV | 76 | | |
| | Baker, Alexenia<br>rev.lbaker@gmail.com | NV | 91 | | |
| | Colon, Elliott<br>colon.elliott@ymail.com | TP | 97 | | |
| | Grant, Tiffany Shawnte<br>ts.grant@hotmail.com | CPS | 75 | | |
| | Kamara, Yome Bai<br>yomekamara@gmail.com | NV | 87 | | |
| | LAWSON, HALENA C<br>hlawson84@gmail.com | NV | 85 | | |
| | Marcelle, Kim L<br>kim_marcelle@yahoo.com | NV | 98 | | |
| | Myers, Charles<br>charlesmyers0318@gmail.com | NV | 94 | | |

70

000443

# Certificate of Eligibles

EQUAL EMPLOYMENT SPECIALIST

GS-0260-9

20-NARA-13

## Applicant List

| Agency Action | Applicant Name / Applicant Email | Vet Pref | Final Rating | Category Rating | Eligible Series / Eligibility Labels |
|---|---|---|---|---|---|
| | Sacchetti, Christopher Michael | NV | 100 | | |
| | boschris652@hotmail.com | | | | |
| | Torres, Juan | TP | 97 | | |
| | jtorresfpdm4@gmail.com | | | | COMP |

Selecting Official Signature _____     Date _____

Selecting Official Organization _____

Selecting Official Telephone Number _____

Appointing Official Signature _____     Date _____

71

000444