# Exhibit H

72

Case 8:25-cv-02489-TJS    Document 18-7    Filed 04/02/26    Page 2 of 6

4/20/23, 6:36 AM                    National Archives & Records Administration Mail - Allen v. NARA, 531-2021-00154X Agency Supplemental Production

 NATIONAL ARCHIVES

Jennifer Klein <jennifer.klein@nara.gov>

## Allen v. NARA, 531-2021-00154X Agency Supplemental Production

**Jennifer Klein** <jennifer.klein@nara.gov>                                    Wed, Apr 19, 2023 at 2:31 PM
To: Nathaniel Johnson <ndjesquire@gmail.com>
Cc: Caulton Allen <caulton.allen@comcast.net>

Good afternoon,

Please see the Agency's response. As noted, I have provided the two Schedule A letters via the secure file transfer site. The password is 9944qlnM.

Sincerely,
Jen



Jennifer Klein
Senior Counsel for Ethics and Foundation Policy
National Archives and Records Administration
8601 Adelphi Road, Room 3110
College Park, MD 20740
(301) 837-1976
(301) 837-0293 (fax)


Confidentiality Statement:

This message is transmitted to you by the Office of General Counsel of the National Archives and Records Administration. The message, along with any attachments, may be confidential and legally privileged. If you are not the intended recipient of this message, please destroy it promptly without further retention or dissemination (unless otherwise required by law). Please notify the sender of the error by a separate e-mail or by calling (301) 837-1976.


On Wed, Apr 19, 2023 at 12:17 PM Nathaniel Johnson <ndjesquire@gmail.com> wrote:
> Counselor, please see my corrected deficiency letter that specifically addresses a lack of comparator information regarding employee Tyrone Gaines.
> Nathaniel D. Johnson, Attorney at Law
> The Employment Law Firm, LLC
> 3261 Old Washington Road, Suite #2020
> Waldorf, Maryland
> 20602
>
> 301 715-8919
> 301 645-9103
> 301 645-2616
> 888 492-9434 facsimile
>
>
> *"Speak up for those who cannot speak for themselves.Ensure justice for the rights of the poor and needy." (Proverbs 31:8-9)*
> _____
> The information contained in this transmission is legally privileged and confidential intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify Employment Law Firm, LLC at 301 645-9103. Thank You.
>
>
> On Wed, Apr 19, 2023 at 9:35 AM Nathaniel Johnson <ndjesquire@gmail.com> wrote:

73

Case 8:25-cv-02489-TJS     Document 18-7     Filed 04/02/26     Page 3 of 6

4/20/23, 6:36 AM                National Archives & Records Administration Mail - Allen v. NARA, 531-2021-00154X Agency Supplemental Production

Good morning. I have reviewed the Agency's supplemental production in response to Judge Rose's Order. The enclosed letter outlines the deficiencies in the production that you are required to cure. I intend to bring the Agency's blatant non-compliance to Judge Rose's Order for sanctions, unless I hear from you by close of business today.

Nathaniel
Nathaniel D. Johnson, Attorney at Law
The Employment Law Firm, LLC
3261 Old Washington Road, Suite #2020
Waldorf, Maryland
20602

301 715-8919
301 645-9103
301 645-2616
888 492-9434 facsimile

*"Speak up for those who cannot speak for themselves.Ensure justice for the rights of the poor and needy." (Proverbs 31:8-9)*

The information contained in this transmission is legally privileged and confidential intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify Employment Law Firm, LLC at 301 645-9103. Thank You.

On Mon, Apr 17, 2023 at 10:15 AM Jennifer Klein <jennifer.klein@nara.gov> wrote:
Good morning,

I have resent the materials this morning, and the password for the link sent this morning is: 2k2dC5KS.

Sincerely,
Jen

On Fri, Apr 14, 2023 at 9:29 PM Caulton Allen <caulton.allen@comcast.net> wrote:
Ms. Klein,

The password that you sent does not allow access to the materials. .

On 04/14/2023 7:21 PM Jennifer Klein <jennifer.klein@nara.gov> wrote:

Good afternoon,

The Agency has provided a response pursuant to the March 31, 2023 Decision & Order on Complainant's Motion to Compel-2, and the April 3, 2023 clarification of the Decision & Order via secure transfer site.

The password is 4H2739Ht.

Please let me know if you have any difficulty accessing the materials.

Sincerely,
Jen

Jennifer Klein
Senior Counsel for Ethics and Foundation Policy
National Archives and Records Administration
8601 Adelphi Road, Room 3110
College Park, MD 20740
(301) 837-1976
(301) 837-0293 (fax)

74

Case 8:25-cv-02489-TJS    Document 18-7    Filed 04/02/26    Page 4 of 6

4/20/23, 6:36 AM                    National Archives & Records Administration Mail - Allen v. NARA, 531-2021-00154X Agency Supplemental Production

Confidentiality Statement:

This message is transmitted to you by the Office of General Counsel of the National Archives and Records Administration.  The message, along with any attachments, may be confidential and legally privileged.   If you are not the intended recipient of this message, please destroy it promptly without further retention or dissemination (unless otherwise required by law).  Please notify the sender of the error by a separate e-mail or by calling (301) 837-1976.

**4.19.23 Response to Complainant.pdf**
113K

75

Oct/3/2016 09:28:26                    GS MED ONC 410-583-2980                              1/1

**Medical Oncology at Green Spring Station**
10753 Falls Road
Pavilion II, Suite 415
Lutherville MD 21093-4599
410-583-2970
Fax: 410-583-2980



# JOHNS HOPKINS
**M E D I C I N E**

October 2, 2016

Department of Veterans Affairs
Maryland Healthcare System

Subject: Kim Marcelle DOB 01-08-1972

To whom it may concern,

This letter serves as certification that Kim Marcelle is an individual with a severe physical, intellectual, or psychological disability which qualifies her for consideration under 5 CFR 213.3102 9U), Schedule A hiring authority, Non-Competitive Appointment for Persons with Disabilities.

Thank you for your interest in considering this individual for employment. For further information, you may contact me at the address above.

Sincerely,

John Fetting M.D.
Associate Professor of Oncology
Miller-Coulson Academy of Clinical Excellence

RE: Marcelle, Kim (JH26229403)                                              Page 1 of 1

76

**JHCP at Odenton - Family Practice**
**1132 Annapolis Road**
**Odenton, MD  21113**
**Phone: 410-874-1400**

August  1, 2012

RE:WENDELL GREEN
Date of Birth: 07/03/1961

To Whom It May Concern:

This letter serves as certification that Mr. Wendell Green is a person with a severe disability that qualifies him for consideration under the Schedule A hiring authority. Mr. Wendell Green also is job ready and is likely to succeed in performing the duties of the position he is seeking  If you have any questions or concerns please feel free to contact me at the above number.

Sincerely Yours,

Chamara Hasan MD

77