# Exhibit I

78

12/13/22, 10:05 PM                                    ZL Discovery Manager

## GS-13 EEO Specialist Position

Date:
Wednesday, February 12th 2020, 3:29:15 pm
From:
Caulton Allen
To:
Melissa.Canavan@nara.gov
Cc:
Tammie Johnson ; Erica Pearson
Message Id:
J1QZJ5KX3NVD5BGHF04O41LXUT2ZKZZ2A
Case Item Id:
498
Type:
SMTP

---

Ms. Canavan,

Am I being considered under the Schedule "A" non-competitive authority for the GS-13 EEO Specialist position that was recently advertised (January 23-February 6, 2020)? Prior to this vacancy being advertised, I sent Ms. Tammie Johnson, NARA's EEO formal complaints manager, an email on January 7, 2020 inquiring about NARA's process for applying for vacancies as an EEO Specialist outside of the USA jobs process and she indicated that she would refer my application to HR for further processing. HR should have kept my application on file and NARA's Selective Placement Program Coordinator should have submitted it to the hiring manager for consideration for any EEO Specialist jobs that I qualified to apply and advertised at NARA.

Sincerely,

Caulton Allen

79

Agency Discovery Responses 000010

# Certificate of Eligibles

EQUAL EMPLOYMENT SPECIALIST

NM-C   GS-0260-9

20-NARA-13

## Criteria

| | |
|---|---|
| Location | College Park, MD |
| Pay Plan | GS |
| Series | 0260 |
| Grade | 9 |
| Specialties | N/A |

## Certificate Details

| | |
|---|---|
| Certificate Number | 20191112-CBOW-004 |
| Certificate Type | Ranking List |
| Issued Date | 11/12/2019 |
| Issued By | Melissa Canavan |
| Priority Order | None |
| Rank By | Rating (exclude Veteran Points) |
| Refer Method | All |

## Applicant List

| Agency Action | Applicant Name / Applicant Email | Vet Pref | Final Rating | Category Rating | Eligible Series / Eligibility Labels |
|---|---|---|---|---|---|
| | Allen, Caulton<br>caulton.allen@comcast.net | CPS | 94 | | |
| | Chandra, Samir<br>schandr7@gmail.com | NV | 95 | | |
| | Clendenin, Kelly<br>kelly.clendenin@gmail.com | NV | 100 | | |
| | Coyne, Julie Kathleen<br>julie.k.coyne.civ@mail.mil | NV | 97 | | NONCOMP-FPL |
| | Davis, La'Shawn Tiffany<br>shawntiff@gmail.com | NV | 78 | | |
| | Graves, Douglas Timothy<br>karmavision@yahoo.com | NV | 91 | | |
| | Tobias, Duane Earl<br>duane.tobias@gmail.com | NV | 98 | | |
| | Tysiachney, Jonathan<br>jt313inf@gmail.com | NV | 76 | | |

80

# Certificate of Eligibles

EQUAL DEVELOPMENT SPECIALIST

GS-0260-11

20-NARA-29

## Criteria

| | |
|---|---|
| Location | College Park, MD |
| Pay Plan | GS |
| Series | 0260 |
| Grade | 11 |
| Specialties | N/A |

## Certificate Details

| | |
|---|---|
| Certificate Number | 20191125-CBOW-002 |
| Certificate Type | Ranking List |
| Issued Date | 11/25/2019 |
| Issued By | Melissa Canavan |
| Priority Order | None |
| Rank By | Rating (exclude Veteran Points) |
| Refer Method | All |

## Applicant List

| Agency Action | Applicant Name / Applicant Email | Vet Pref | Final Rating | Category Rating | Eligible Series / Eligibility Labels |
|---|---|---|---|---|---|
| | Gaines, Tyrone<br>tgaines0413@gmail.com | CPS | 98 | ✓ | NONCOMP-FPL |
| | Ruiz , Santo julius<br>buddyruiz@btinternet.com | TP | 98 | ✓ | NONCOMP-FPL |
| | Green, Wendell Lindbergh<br>westernyte@aol.com | NV | 98 | ✓ | |
| | PAIGE, PATRICIA DEVORE<br>patpaige33@yahoo.com | NV | 96 | | NONCOMP-FPL |
| | Francis, Siobhan Janelle<br>sfrancis100@verizon.net | NV | 92 | | |
| | Pollard, Carl G<br>carligray@yahoo.com | NV | 92 | | |
| | Allen, Caulton<br>caulton.allen@comcast.net | CPS | 91 | | |

81

# Certificate of Eligibles

EQUAL EMPLOYMENT SPECIALIST

GS-0260-11

20-NARA-29

## Criteria

| | |
|---|---|
| Location | College Park, MD |
| Pay Plan | GS |
| Series | 0260 |
| Grade | 11 |
| Specialties | N/A |

## Certificate Details

| | |
|---|---|
| Certificate Number | 20191125-CBOW-001 |
| Certificate Type | Ranking List |
| Issued Date | 11/25/2019 |
| Issued By | Melissa Canavan |
| Priority Order | None |
| Rank By | Rating (exclude Veteran Points) |
| Refer Method | All |

## Applicant List

| Agency Action | Applicant Name / Applicant Email | Vet Pref | Final Rating | Category Rating | Eligible Series / Eligibility Labels |
|---|---|---|---|---|---|
| | Board, Joy Chennel<br>joy.board1@gmail.com | NV | 100 | | |
| | Jamison, George Langston<br>george.jamison02@gmail.com | NV | 100 | | |
| | Wright, Rocky<br>seantony123@hotmail.com | TP | 99 | | COMP |
| | Marcelle, Kim L<br>kim_marcelle@yahoo.com | NV | 99 | | |
| | Sacchetti, Christopher Michael<br>boschris652@hotmail.com | NV | 98 | | |
| | Greaux, Eric Norman<br>greauxe@gmail.com | CPS | 95 | | |

82

# Certificate of Eligibles

Equal Employment Opportunity Manager
GS-0260-13
20-NARA-176

| Criteria | |
|---|---|
| Location | College Park, MD |
| Pay Plan | GS |
| Series | 0260 |
| Grade | 13 |
| Specialties | N/A |

| Certificate Details | |
|---|---|
| Certificate Number | 20200408-CBOW-002 |
| Certificate Type | Competitive Merit Promotion |
| Issued Date | 04/08/2020 |
| Issued By | Zachary Hamilton |
| Priority Order | None |
| Rank By | Rating (exclude Veteran Points) |
| Refer Method | All |

## Applicant List

| Agency Action | Applicant Name / Applicant Email | Final Rating | Eligible Series / Eligibility Labels |
|---|---|---|---|
| Not Selected | Arthur, Victor<br>victor.m.arthur@gmail.com | 100 | COMP |
| Not Selected | COLEMAN, ANGELA MARLO<br>angela.marlo@yahoo.com | 98 | COMP |
| Not Selected | McGuire, Darnella Beatrice<br>darn0701@comcast.net | 94 | COMP |
| Not Selected | McNair, Ashlee<br>mcnairashlee@yahoo.com | 99 | COMP |

Selecting Official Signature _____    Date _____

Selecting Official Organization _____

Selecting Official Telephone Number_____

Appointing Official Signature _____    Date _____

83

# Certificate of Eligibles

Equal Employment Opportunity Manager
GS-0260-13
20-NARA-176

## Criteria

| | |
|---|---|
| Location | College Park, MD |
| Pay Plan | GS |
| Series | 0260 |
| Grade | 13 |
| Specialties | N/A |

## Certificate Details

| | |
|---|---|
| Certificate Number | 20200408-CBOW-003 |
| Certificate Type | Merit Referral List |
| Issued Date | 04/08/2020 |
| Issued By | Zachary Hamilton |
| Priority Order | None |
| Rank By | Eligibles Only |
| Refer Method | All |

## Applicant List

| Agency Action | Applicant Name / Applicant Email | Eligible Series / Eligibility Labels |
|---|---|---|
| Not Selected | Hazel, Divya Annora<br>hazeldivya@gmail.com | NONCOMP-AUTH |

Selecting Official Signature _____    Date _____

Selecting Official Organization _____

Selecting Official Telephone Number_____

Appointing Official Signature _____    Date _____

84

000449