# Exhibit G

85

## Re: FW: EEO Specialists Applicants

Date:
Monday, January 6th 2020, 9:43:27 am
From:
Erica Pearson
To:
Melissa A. Canavan
Message Id:
LSKLUDXBFN5FIRV3K02ICZKZES41WNBUA
Case Item Id:
27
Type:
SMTP

Yes. Thanks for all your help. I hope you will be our POC as we prepare to advertise again.

I am ready to advertise the Disability Program Manager position. Please check your emails for that as I sent maybe one or two.

**Very Respectfully,**
**Erica Pearson**
(pronouns: she/her/hers)
EEO Director
Office of Equal Employment Opportunity
National Archives and Records Administration
8601 Adelphi Rd., Rm 3310
College Park, MD 20740-6001
(301) 837-0295 (office)
(301) 708-1513 (Work Cell)
(301) 837-2030 (fax)
Erica.pearson@nara.gov

On Mon, Jan 6, 2020 at 9:37 AM Melissa A. Canavan <Melissa.Canavan@fiscal.treasury.gov> wrote:

Good morning Erica.


I just want to confirm that you would like to close out 20-NARA-13 and 20-NARA-29 with no selections.


Thank you.


Missy


**From:** Landon Carter <landon.carter@nara.gov>
**Sent:** Thursday, January 2, 2020 11:02 AM
**To:** Erica Pearson <erica.pearson@nara.gov>
**Cc:** Melissa A. Canavan <Melissa.Canavan@fiscal.treasury.gov>; Valorie Findlater <valorie.findlater@nara.gov>; Susan Ashtianie <susan.ashtianie@nara.gov>
**Subject:** Re: EEO Specialists Applicants


Hi Erica.


Good talking with you earlier. And thank you for the update.


Given the overall reported weakness of the applicant pool and looking to hire below the full performance level. I am thinking discussing a Recent Graduate Pathways posting at the GS-9 level with ARC could be beneficial.  Your applicant pool would be individuals wanting to join public service and

*86*

Agency Discovery Responses 000002

recently earned a masters level degree who would be placed on a 9/11/12 career ladeder. If you are interested we will need to discuss with OPM if our current Pathways Agreement extends to the Recent Grads.

On a related note. this could tie into the "recruitment" project partnership between EEO and H. I have cced Susan A. as such.

Questions, etc. let me know.

Thanks.

Landon

*Landon Carter*

*Director, Talent Acquisition Division and Classification Officer*

*Office of Human Capital*

*National Archives & Records Administration*

*Contact Info:*

*Landon.Carter@nara.gov*

*(301) 512-1617*

*Monday - Friday. 7:00am to 3:30pm EST*

On Thu, Jan 2, 2020 at 10:14 AM Erica Pearson <erica.pearson@nara.gov> wrote:

Hi Landon.

Tammie reached out to the applicant and she declined. We will move forward with re-advertising at a higher grade level. Thanks for all your help.

**Very Respectfully,**
**Erica Pearson**
(pronouns: she/her/hers)

EEO Director

Office of Equal Employment Opportunity
National Archives and Records Administration
8601 Adelphi Rd., Rm 3310
College Park, MD 20740-6001
(301) 837-0295 (office)
(301) 708-1513 (Work Cell)
(301) 837-2030 (fax)
Erica.pearson@nara.gov

On Thu. Jan 2, 2020 at 9:11 AM Erica Pearson <erica.pearson@nara.gov> wrote:

Hi Landon.

Agency Discovery Responses 000003

87

Fowarding this to you in Valorie's absence.


**Very Respectfully,**
**Erica Pearson**
(pronouns: she/her/hers)

EEO Director


Office of Equal Employment Opportunity
National Archives and Records Administration
8601 Adelphi Rd., Rm 3310
College Park, MD 20740-6001
(301) 837-0295 (office)
(301) 708-1513 (Work Cell)
(301) 837-2030 (fax)
Erica.pearson@nara.gov


---------- Forwarded message ---------
From: **Erica Pearson** <erica.pearson@nara.gov>
Date: Thu, Jan 2, 2020 at 8:59 AM
Subject: Fwd: EEO Specialists Applicants
To: ARC Human Resources <melissa.canavan@fiscal.treasury.gov>, Valorie Findlater <valorie.findlater@nara.gov>


Good morning,

Unfortunately, majority of the EEO positions were advertised/processed during the holiday period. This has caused many delays which is why we requested an earlier start date and ultimately expedited processing. We have decided to hold of on any of our future advertisements until after Jan 6th.

Please see below. We have made a selection but we are unsure if the candidate will be willing to come in at the GS-09 level as the advertisement was a little misleading (from the applicants view).

Thanks for everything!

Justification:

Explain what the selecting official has done to work the certificate/referral list since the date of issuance.


Reviewed both Certs. Noticed that individuals on the non-competitive did not possess basic counseling skills at the GS-9 level. The top candidates on the competitive list that ranked from 97 to 100 received telephone interviews and onsite interviews were scheduled.


There were challenges signing in the system around December 5 through 10. Learned it was due to challenges with the smart card.


Explain how many interviews have been held and when they commenced.


Preliminary Screening Telephone Interviews – Competitive Cert


Kim Marcelle, November 25, 2019
Christopher Sacchetti, November 25, 2019
Juan Torres, December 4, 2019
Elliott Colon, December 5, 2019


Onsite Panel Interview (Tammie Johnson, Tanya Shorter, and Bouviette Pennington)

88

Agency Discovery Responses 000004

Kim Marcelle, December 4, 2019
(Note: Candidate informed panel she was promoted to the GS-11, but continued with the interview anyway. Also, candidate was on the cert for the GS-11, EEO Specialist position.)

Christopher Sacchetti cancelled his interview scheduled for December 4, 2019.
(Note: Candidate inquired about being hired at a higher grade. When told that hiring would be at the GS-9 grade level, he declined the interview. Also, candidate was on the cert for the GS-11, EEO Specialist position.)

Note: After learning this information about Marcelle and Sacchetti, Torres and Colon were contacted.

Elliott Colon could not make his interview scheduled for December 13, 2019 due to an emergency. Returned his call and left a message. No response.
Juan Torres could not make the interview scheduled for December 18, 2019 due to sickness.

Kim Marcelle references were checked from December 17 through 19, 2019.

Provide the manager/supervisor's justification as to the extenuating circumstances necessitating an extension.

Currently short staffed. The GS-9 and GS-11 Certs came in around the same time. Applications were review and interviews were done simultaneously. Sign-in system was down for a period.

**Very Respectfully,**
**Erica Pearson**
(pronouns: she/her/hers)

EEO Director

Office of Equal Employment Opportunity
National Archives and Records Administration
8601 Adelphi Rd., Rm 3310
College Park, MD 20740-6001
(301) 837-0295 (office)
(301) 708-1513 (Work Cell)
(301) 837-2030 (fax)
Erica.pearson@nara.gov

---------- Forwarded message ----------
From: **Melissa A. Canavan** <Melissa.Canavan@fiscal.treasury.gov>
Date: Tue, Dec 31, 2019 at 12:33 PM
Subject: RE: EEO Specialists Applicants
To: Erica Pearson <erica.pearson@nara.gov>, Tammie Johnson <tammie.johnson@nara.gov>

Hi Erica,

In order to make your GS-9 selection, please fill out the red section below for me to forward to Human Capital for approval to extend the certificate. Technically, only 2, seven day extensions are allowed, so let them know why it has been longer and that you have made a selection and are ready to move forward. Once you send this on, I will forward it on.

For NARA's Office of Human Capital approval:

Agency Discovery Responses 000005

89

Please see the Equal Employment Office's request for certificate extension (Would need an except to both 7 day extensions – Erica has been out of the office) below.

Certificate #'s 20191112-CBOW-003 and Certificate #'s 20191112-CBOW-004 – Equal Employment Specialist, GS-0260-9

This announcement closed on 10/28/2019. The certificate was issued on 11/12/2019 with an original expiration date of 11/27/2019.

If approved, the extended certificate will need to expire on XXXXXX.

Please respond with your approval/disapproval determination. I will forward your decision to the hiring manager.

Justification:

1. Explain what the selecting official has done to work the certificate/referral list since the date of issuance.
2. Explain how many interviews have been held and when they commenced.
3. Provide the manager/supervisor's justification as to the extenuating circumstances necessitating an extension.

For the GS-11 certificates, you can annotate them with "not selected" and we can close it out. We can repost this, but would recommend to update the job analysis to capture a better applicant pool. Once you have annotated the certificates, let me know and I will close this one out. Then, you can submit a new request and work with the specialist it is assigned to (may still be me) to update the JAA as you see fit.

Thank you!

Missy

**Missy Canavan**

HR Specialist

Bureau of Fiscal Service | Employee Services Division | Staffing Acquisition Branch

Phone: 304.480.8534 |Fax: 304.480.8359 | Melissa.Canavan@fiscal.treasury.gov

**From:** Erica Pearson <erica.pearson@nara.gov>
**Sent:** Monday, December 30, 2019 2:40 PM
**To:** Melissa A. Canavan <Melissa.Canavan@fiscal.treasury.gov>; Tammie Johnson <tammie.johnson@nara.gov>
**Subject:** Re: EEO Specialists Applicants

Hi Melissa,

90

We have interviewed all candidates for the GS-9 and have one selectee, Kim Marcelle. The issue we are facing is the level of the position. She wants to come in at the 11 although only advertised at the 9. We would like to extend the offer to her at the GS-09. If she declines, we will re-advertise at the GS-11.

For the GS-11 position, we would like to re-advertise. The candidates scored very low during the interviews and reference checks were not positive or provided little to no insight. Please let me know what our next steps are.

Very Respectfully,

**Erica Pearson**
(pronouns: she/her/hers)

EEO Director

Office of Equal Employment Opportunity
National Archives and Records Administration
8601 Adelphi Rd., Rm 3310
College Park, MD 20740-6001
(301) 837-0295 (office)
(301) 708-1513 (Work Cell)
(301) 837-2030 (fax)
Erica.pearson@nara.gov

On Thu. Dec 19, 2019 at 9:58 AM Melissa A. Canavan <Melissa.Canavan@fiscal.treasury.gov> wrote:

Hi Erica!

Per my voicemail, please fill out the following missing information in red. Once you send it back to me, I will forward them on to Human Capital for review/approval.

---

For NARA's Office of Human Capital approval:

Please see the Equal Employment Office's request for certificate extension (both 7 day extensions – Erica has been out of the office) below.

Certificate #'s 20191125-CBOW-001 and Certificate #'s 20191125-CBOW-002 – Equal Employment Specialist, GS-0260-11

This announcement closed on 11/4/2019.  The certificate was issued on 11/25/2019 with an original expiration date of 12/10/2019.

If approved, the extended certificate will expire on 12/24/2019.

Please respond with your approval/disapproval determination. I will forward your decision to the hiring manager.

Justification:

Agency Discovery Responses 000007

91

12/13/22, 3:36 PM                                          ZL Discovery Manager

    1. Explain what the selecting official has done to work the certificate/referral list since the date of issuance.
    2. Explain how many interviews have been held and when they commenced.
    3. Provide the manager/supervisor's justification as to the extenuating circumstances necessitating an extension.

---

For NARA's Office of Human Capital approval:

Please see the Equal Employment Office's request for certificate extension (Would need an except to both 7 day extensions – Erica has been out of the office) below.

Certificate #'s 20191112-CBOW-003 and Certificate #'s 20191112-CBOW-004 – Equal Employment Specialist, GS-0260-9

This announcement closed on 10/28/2019. The certificate was issued on 11/12/2019 with an original expiration date of 11/27/2019.

If approved, the extended certificate will need to expire on XXXXXX.

Please respond with your approval/disapproval determination. I will forward your decision to the hiring manager.

Justification:

    1. Explain what the selecting official has done to work the certificate/referral list since the date of issuance.
    2. Explain how many interviews have been held and when they commenced.
    3. Provide the manager/supervisor's justification as to the extenuating circumstances necessitating an extension.

**From:** Erica Pearson <erica.pearson@nara.gov>
**Sent:** Thursday, December 19, 2019 9:37 AM
**To:** Melissa A. Canavan <Melissa.Canavan@fiscal.treasury.gov>
**Subject:** Re: EEO Specialists Applicants

Hi Melissa,

Are you available to discuss? If so, can you send me a good number to reach you at?

On Wed, Dec 18, 2019, 12:58 PM Melissa A. Canavan <Melissa.Canavan@fiscal.treasury.gov> wrote:

If they are only on the GS 9 certificate and not on the GS 11 certificate, we can't bring them on through the JOA. There are a few factors that would determine your answer. Do they have time in grade? (one year at the GS 9) If they do have time in grade,

*92*

you could hire them on at the GS 9, and then later promote them to the GS 11 once they are on board. (if they have one year of specialized experience also) My question would be why they applied to the GS 9 if they don't want to be considered at the GS 9? If you want to give me specifics. I can take a look at them for you.

From: Erica Pearson <erica.pearson@nara.gov>
Sent: Wednesday. December 18. 2019 11:55 AM
To: Melissa A. Canavan <Melissa.Canavan@fiscal.treasury.gov>
Cc: Tammie Johnson <tammie.johnson@nara.gov>
Subject: EEO Specialists Applicants

Hi Melissa.

I am working with the selection panel for the GS 9 FPL 12 and GS 11 FPL 12 -- EEO Specialist positions.

We are running into a slight concern. We have two candidates that are potential selectees but they both are seeking to come in at a higher grade. Specifically. the applicant for the GS 9 position would like to be hired at the GS 11 level. Is this something we can do?

**Very Respectfully,**
**Erica Pearson**
(pronouns: she/her/hers)

EEO Director

Office of Equal Employment Opportunity
National Archives and Records Administration
8601 Adelphi Rd., Rm 3310
College Park, MD 20740-6001
(301) 837-0295 (office)
(301) 708-1513 (Work Cell)
(301) 837-2030 (fax)
Erica.pearson@nara.gov

93