# Exhibit J

94

1



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

(New York Field Office)

_____X

CAULTON ALLEN,                          :

        Complainant,        : EEOC No. 531-2021-00154X

vs.                              : Agency No. 2020-08MD

GINA RAIMONDO, Secretary,        :

NARA,                            :

        Agency.                  :

_____X

                    Monday, March 6, 2023

                    Waldorf, Maryland 20602

        The Zoom Telephonic deposition of ERICA PEARSON,

witness, was called for examination by counsel for the

Complainant, pursuant to notice, conducted remotely and

virtually using audio conference technology, before

Sharon L. Banks, C. R., a notary public in and for the

State of Maryland, commencing at 1:00 o'clock, p.m. when

were present on behalf of the respective parties:

SHARON L. BANKS REPORTING
(301) 372-6922

95

14

United States. Yes; that is pretty much it.

Q    What do you mean, ma'am, when you say AEP? What does that mean?

A    Affirmative Employment Program.

Q    What is that?

A    A program that reviews agency demographics.

Q    AEP, I am sorry. Is it AEP or A-E-T, as in Tom?

A    Affirmative Employment Program, AEP.

Q    Thank you. Have you ever been identified in an EEO complaint?

A    Yes.

Q    More than once?

A    Once.

Q    Once with NARA?

A    Once with NARA.

Q    What about Navy?

A    I don't recall ever being identified in an EEO complaint outside of NARA.

Q    So that also included the DOD, IG Office as well; right?

15

A    Say that question again?

Q    So that would not... let me strike that. Basically, your previous response you were not identified in an EEO complaint while employed with DOD, IG?

A    Not that I am aware of.

Q    In terms of... let me go back to my previous line of questions. In terms of your role as the EEO Director, you are also responsible for not only accepting complaints of discrimination, but processing them as well. Is that correct?

A    I am responsible for processing them? I am responsible to ensure that they are processed.

Q    As EEO Director, do you have any responsibility for the investigation of complaints, Ms. Pearson?

A    We are required to ensure that investigations are fair and impartial, meaning me.

Q    Meaning... I am sorry. Meaning what?

A    Myself.

Q    So that is yes to my question. Part of your

16

role and responsibility as EEO Director is to investigate the complaints brought forth by the employees?

A    Sure; yes.

Q    When it comes to the investigation of the complaint, that entails or included interviewing witnesses or individuals who are identified in the employee's complaint?

A    Yes. We have a process for doing that.

Q    That also entails or requires at the conclusion of the investigation of the employee's complaint, your office compiles what is known as a report of investigation. Correct?

A    Not for all complaints, but for the most part.

Q    Back to the issue of the discrimination complaint that you mentioned a moment ago. You said that occurred at NARA while you were an EEO Director?

A    Yes.

Q    And the nature of the complaint brought forth was what, discrimination based on what?

A    I believe it was race and disability.

17

Q    What was the race of the complainant?

A    I am going to have to take a guess on that. I think either White or Hispanic.

Q    This employee formerly worked under your supervision as EEO Director?

A    Um, I think a lot of those details are confidential, but yes.

Q    Unless Ms. Klein directs you not to answer, you are obligated to respond to the question regarding your complaint. You have a copy of the complaint. It has been redacted, but it shouldn't be, but I will take that up with Ms. Klein. But none the less, unless Ms. Klein directs you to not answer my question, I would appreciate it if you do respond.

What position did this person - -

MS. KLEIN: I am sorry. She responded to the question.

BY MR. JOHNSON:

Q    What position did this person formerly employ?

A    AP - -

96

# Exhibit K

97

**From:** Zachary M. Hamilton <Zachary.Hamilton@fiscal.treasury.gov>
**Sent time:** 02/24/2020 08:00:35 AM
**To:** Tammie Johnson <tammie.johnson@nara.gov>
**Subject:** RE: Response Required: JOA for Review and Approval, PAWS-H-18329, 20-NARA-143, Equal Employment Specialist, GS-0260-12, Recruit #: 20 0002512

Good Morning Tammie,

I don't see any comments on either of the posting in regards to the job duties in USAS.

Thanks!

**Zachary Hamilton**
Human Resources Specialist
Employment Services Division
ARC, Bureau of the Fiscal Service
Zachary.Hamilton@fiscal.treasury.gov
Phone: (304) 480-8530

**From:** Erica Pearson <erica.pearson@nara.gov>
**Sent:** Monday, February 24, 2020 7:55 AM
**To:** Tammie Johnson <tammie.johnson@nara.gov>
**Cc:** Zachary M. Hamilton <Zachary.Hamilton@fiscal.treasury.gov>
**Subject:** Re: Response Required: JOA for Review and Approval, PAWS-H-18329, 20-NARA-143, Equal Employment Specialist, GS-0260-12, Recruit #: 20 0002512

Hi Zachary,

When can we expect movement on these advertisements? I would like them expedited.
Very Respectfully,
Erica Pearson
(pronouns: she/her/hers)
EEO Director

Office of Equal Employment Opportunity
National Archives and Records Administration
8601 Adelphi Rd., Rm 3310
College Park, MD 20740-6001
(301) 837-0295 (office)
(301) 708-1513 (Work Cell)
(301) 837-2030 (fax)
Erica.pearson@nara.gov

On Wed, Feb 19, 2020 at 9:11 AM Tammie Johnson <tammie.johnson@nara.gov> wrote:

**What's the status of the vacancy announcement for this position?**

Respectfully,

Tammie L. Johnson
Complaints Program Manager
Office of Equal Employment Opportunity Programs
National Archives and Records Administration - Archives II
Phone: 301-837-1986
Fax: 301-837-0869
tammie.johnson@nara.gov

We value your feedback!

The information contained in this communication is confidential and is intended solely for the use of those authorized to receive it. If you are not the intended recipient, it is strictly prohibited to use, disclose, copy, or disseminate to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and delete the message immediately.

98