**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **CAULTON ALLEN,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No.  8:25-cv-02489-TJS** |
| **MARCO RUBIO,** | |
| **Defendant.** | |

## DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

Defendant Marco Rubio, Acting Archivist, National Archives and Records Administration ("NARA"), through undersigned counsel, hereby submits this memorandum of law in support of his Motion to Dismiss or for Summary Judgment.  The arguments in support of this Motion are set forth in the attached Memorandum of Law.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

*/s/ S. Nicole Nardone*
S. Nicole Nardone
Assistant U.S. Attorney
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
(410) 209-4882