
Consumer Financial
Protection Bureau

March 10, 2020

**VIA CERTIFIED MAIL AND EMAIL**
**7018 3090 0001 5422 0530**
**RETURN RECEIPT REQUESTED**

Mr. Caulton Allen
P.O. Box 113
Temple Hills, Maryland 20757
Caulton.allen@comcast.net

Re:    Acceptance Letter – Formal EEO Complaint of *Caulton Allen v. David Ferriero,*
       *Archivist, National Archives and Records Administration*, NARA Case No.
       2020-08

Dear Mr. Allen:

As referenced in our March 2, 2020 Acknowledgement Letter, the Consumer Financial
Protection Bureau's (Bureau) Office of Civil Rights (OCR) will be processing your
Formal Equal Employment Opportunity (EEO) Complaint of discrimination, since it has
been determined that it would be an actual or perceived conflict of interest for National
Archives and Records Administration (NARA) to process your complaint. [1]

This letter accepts the Equal Employment Opportunity (EEO) complaint of
discrimination  filed by Caulton Allen against the National Archives and Records
Administration on February 14, 2020.  It has been assigned the complaint number,
NARA Case No. 2020-08 (also shown above).  Please refer to the NARA complaint
number in any future communication regarding this subject.

The Bureau's Office of Civil Rights (OCR) accepts and will investigate the following
claim:

> Whether NARA violated the Rehabilitation Act of 1973, 29 U.S.C. §§ 791-794(f),
> *as amended*, by subjecting Caulton Allen to disparate treatment based on his
> disability (not specified), and/or by retaliating against him for engaging in prior
> protected EEO activity when, on or about January 7, 2020 he learned he was not
> selected for three EEO Specialist positions (GS9, GS11 and GS13) he applied to

---

[1] On March 3, 2020, OCR contacted you requesting further information about your complaint.  As of this date, OCR
has not received a response.  Please be advised that you are required to cooperate with requests for information from
our office.  Failure to cooperate with this office can result in dismissal of your complaint pursuant to 29 C.F.R  §
1614.107(a)(7).  Additionally, as we gather information during the investigation, we reserve the right to dismiss
these claims, if applicable, under 29 C.F.R. § 1614.107.

1

000055

with the Office of Equal Employment Opportunity in October and November 2019.

If you disagree with the defined claim(s), you must provide sufficient reasons, in writing, within five (5) calendar days of receipt of this letter to substantiate your objections. This submission must be sent to:

> Office of Civil Rights
> Consumer Financial Protection Bureau
> 1700 G Street, NW
> Washington, D.C. 20552
> CFPB_EEO@cfpb.gov

To avoid delays in receipt, please **email** a copy in addition to mailing it.

## Investigative Process

When the investigation begins, an EEO investigator will contact you. To facilitate a timely and efficient investigation, you have the responsibility to fully cooperate with the investigator in timely scheduling an appointment, meeting with the investigator, and providing necessary written statements. Failure to do so may result in the dismissal of the complaint for failure to cooperate. You also are required to present the EEO investigator all information considered relevant to the accepted claims. In addition, you are required to provide the investigator with the names of any witnesses that should be contacted. In accordance with 29 C.F.R. § 1614.108(c)(2), the investigator has the authority to administer oaths and to require employees to furnish affidavits under oath. Alternatively, the investigator may obtain written statements under the penalty of perjury.

The Bureau is required under 29 C.F.R. § 1614.108(e) to complete an impartial, factual, and appropriate investigation of the accepted allegations within 180 days of the date the formal EEO complaint was filed. An appropriate factual record is one that allows a reasonable fact-finder to draw conclusions as to whether discrimination occurred. You and the Bureau may voluntarily extend the 180-day time period (not to exceed an additional 90 days). In accordance with 29 C.F.R. § 1614.106(e)(2), if a complaint is amended, the Bureau will complete its investigation within the earlier of 180 days after the last amendment to the complaint or 360 days after the filing of the original complaint. The investigation of this formal EEO complaint is currently scheduled to be completed August 12, 2020.

If you wish to include additional issues for investigation, please alert your assigned investigator (whose identity will be forthcoming) and Rachel Decter, the OCR case manager for this formal EEO complaint, in writing at Rachel.Decter@cfpb.gov. OCR will determine whether to amend the existing complaint or start a new complaint.

## Settlement Efforts

000056