

**NATIONAL ARCHIVES**

EQUAL EMPLOYMENT
OPPORTUNITY OFFICE

September 11, 2020

Mr. Caulton Allen
P.O. Box 113
Temple Hills, MD 20747
caulton.allen@comcast.net

      Re:  Acceptance of Amended Complaint  – Caulton  Allen,  NARA Case No. 2020-08MD

Dear Mr. Allen:

During the investigation, you amended your complaint on June 17, 2020.  Please note that the following issue is accepted and will be addressed in the current investigation:

2) Whether on June 1, 2020, the complainant was subjected to retaliation when officials in the Office of Civil Rights, Consumer Federal Protection Bureau (CFPB):
   a. Improperly reviewed management's affidavits;
   b. Advised management on how to respond to the investigator's interrogatories;
   c. Refused to respond and advised the contract investigator not to respond to him regarding reasonable questions about the investigation;
   d. Violated **_HIPPA_** and the **_Privacy Act_** by discussing his private medical information and the details of his EEO complaint with unauthorized individuals;
   e. Changed the investigator in the middle of the investigation so the new investigator, who is an attorney, and her law firm has the ability to secretly advise CFPB OCR and NARA EEO and HR employees during the investigation; and
   f. Improperly shared details of the investigation with NARA's Responsible Management Officials (RMOs) prior to the completion of the investigation.

Concerning issue number 1, as you know the issue was framed/identified by CFPB. The issue that CFPB identified is:

1) Whether NARA violated the Age Discrimination in Employment Act of 1967 (ADEA), as amended, 29 U.S.C. §633a, and the Rehabilitation Act of 1973, 29 U.S.C. §§ 791-794(f), as amended, by subjecting *Caulton Allen* to disparate treatment based on his age (YOB: 1963), disability ("Schedule A"), and/or by retaliating against him for engaging in prior protected EEO activity when, on January 7, 2020, he learned he was denied equal access during the recruitment and selection process for three EEO Specialist positions, (GS9 under Vacancy Announcement No. 20-NARA-13, GS 11 under Vacancy

000059

Announcement No. 20NARA-29 and GS13 (unknown Vacancy Announcement No.), which resulted in his nonselection for the positions.

At this point in the investigation, issue number 1 will remain as it covers the positions that you have concerns about. However, your concern about your name mentioned in the issue will be noted in the Investigative Summary as explained to you in my September 9, 2020 email.

In addition, please note that you will be afforded an opportunity to provide a rebuttal for the accepted claims.

Thank you for your cooperation.

Sincerely,

*Tammie L. Johnson*

Tammie Johnson
Complaints Program Manager
Office of Equal Employment Opportunity Programs

Enclosures:
1) Email Regarding Request to Amend, June 17, 2020
2) Request for a 90-day Extension

000060