# REQUEST FOR A HEARING

Date: 12/10/20                                Case No. : NARA No. 2020-08MD

Mindy Weinstein, Director
Equal Employment Opportunity Commission
Washington Field Office
131 M Street, NE
Fourth Floor, Suite 4NW02F
Washington, DC 20507-0100

Dear Sir/Madame:

I am requesting the appointment of an Equal Employment Opportunity Commission Administrative
Judge pursuant to Title 29, Code of Federal Regulations (CFR) section 1614.108(g).  I hereby certify
that either more than 180 days have passed from the date I filed my complaint, or I have received a
notice from the National Archives and Records Administration that I have thirty (30) days to elect a
hearing or a Final Agency Decision.

My name:     CAULTON ALLEN

My address:   P.O. BOX 113
              TEMPLE HILLS MD 20757


Phone No.: (202) 359-1759

Email: CAULTON.ALLEN@COMCAST.NET

Servicing EEO Director:        Erica Pearson, Director

Servicing EEO Office:          National Archives and Records Administration
                               Office of Equal Employment Opportunity Programs
                               Suite 3310
                               8601 Adelphi Road
                               College Park, MD  20740-6001
                               erica.pearson@nara.gov

In accordance with 29 CFR 1614.108(g), I have sent a copy of this request for a hearing to the servicing
EEO director at the address shown above.

Sincerely,

*Caulton Allen*

Complainant

*NARA's web site is http://www.archives.gov*