**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Office of Federal Operations
P. O. Box 77960
Washington, D.C. 20013

# OFO Document Routing Slip

| Complainant Name | Caulton Allen | | |
|---|---|---|---|
| **Docket Number** | | | |
| **Date Received** | 8/8/2023 | | |
| **Date Scanned** | AUG 0 8 2023 | | |
| **Document Type** | ✓ APPEAL | | BRIEF |
| | COMPLIANCE | | |
| **Method of Delivery** | ✓ Mailed | | Faxed |
| | Hand Delivered | | Emailed |

Rev: FEB 2019

**NOTICE OF APPEAL/PETITION**
**TO THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

OFFICE OF FEDERAL OPERATIONS
P.O. Box 77960
Washington, DC  20013-8960

**RECEIVED**

**AUG 0 8 2023**

**EEOC/OFO**

**Complainant Information:** (Please Print or Type)

| | |
|---|---|
| Complainant's name (Last, First, M.I.): | Allen, Caulton |
| Home/mailing address: | P.O. Box 113 |
| City, State, ZIP Code: | Temple Hills, MD 20757 |
| Daytime Telephone # (with area code): | 202 359-1759 |
| E-mail address (if any): | caulton.allen@comcast.net |

**Attorney/Representative Information (if any):**

| | |
|---|---|
| Attorney name: | Nathaniel D. Johnson |
| Non-Attorney Representative name: | |
| Address: | 3261 Old Washington Road, Ste. 2020 |
| City, State, ZIP Code: | Waldorf, MD 20602 |
| Telephone number (if applicable): | 301 715-8915 |
| E-mail address (if any): | ndjesquire@gmail.com |

**General Information:**

| | |
|---|---|
| Name of the agency being charged with discrimination: | National Archives and Records Administration (NARA) |
| Identify the Agency's complaint number: | 2020-08MD |
| Location of the duty station or local facility in which the complaint arose: | Headquarters |
| Has a **final action** been taken by the agency, an Arbitrator, FLRA, or MSPB on this complaint? | ____Yes; Date Received_____(Remember to attach a copy)<br>_X_No<br>_____This appeal alleges a breach of settlement agreement |
| Has a complaint been filed on this same matter with the EEOC, another agency, or through any other administrative or collective bargaining procedures? | _X_No<br>____Yes (Indicate the agency or procedure, complaint/docket number, and attach a copy, if appropriate) |
| Has a civil action (lawsuit) been filed in connection with this complaint? | _X_No<br>_____Yes **(Attach a copy of the civil action filed)** |

**NOTICE:** Please **attach a copy of the final decision or order** from which you are appealing. If a hearing was requested, please attach a copy of the agency's final order and a copy of the EEOC Administrative Judge's decision. Any comments or brief in support of this appeal MUST be filed with the EEOC **and** with the agency **within 30 days** of the date this appeal is filed. The date the appeal is filed is the date on which it is postmarked, hand delivered, or faxed to the EEOC at the address above.

| | |
|---|---|
| Signature of complainant or complainant's representative: | |
| Date: | August 2, 2023 |

EEOC Form 573 REV 1/01