**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

CAULTON ALLEN,

    Plaintiff,

v.

MARCO RUBIO,

    Defendant.

Civil Action No.  8:25-cv-02489-TJS

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss or for Summary Judgment,

it is this _____ day of _____ 2026,

ORDERED that Defendant's Motion is granted; and it is further

ORDERED that the Complaint is dismissed with prejudice.

_____
Timothy J. Sullivan
United States Magistrate Judge

2